IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to dismiss based on double jeopardy and lack of jurisdiction (Filing No. 1093), and the brief in support thereof (Filing No. 1094). The Court finds plaintiff should file a response thereto. Accordingly,

IT IS ORDERED that plaintiff shall file a response to defendant's motion to dismiss based on double jeopardy and lack of jurisdiction on or before October 19, 2011.

DATED this 12th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court