IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon defendant's motions to continue (Filing Nos. 1087 and 1116), and the government's motion to dismiss forfeiture allegation (Filing No. 1118). The government has filed a motion to dismiss the remaining forfeiture allegation one business day prior to the forfeiture allegation trial date of October 24, 2011. Thus, the Court shall grant defendant's motions to continue and allow defendant until October 28, 2011, to file a written response to the government's motion to dismiss (Filing No. 1118).

IT IS ORDERED:

1) Defendant's motions to continue are granted.

2) Defendant shall have until October 28, 2011, to file a written response to the government's motion to dismiss forfeiture allegation.

DATED this 21st day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court