```
IN THE UNITED STATES DISTRICT COURT FOR THE

             DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:09CR457
                              )
      v.                      )
                              )
SHANNON WILLIAMS,             )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court upon defendant's objection to the Court's limiting of the defenses in forfeiture trial (Filing No. 1076), amendment to objections to defenses at forfeiture trial (Filing No. 1086), motion to dismiss based on double jeopardy and lack of jurisdiction (Filing No. 1093), Rule 51 objection to Filing No. 1079 (Filing No. 1096), objection to Filing No. 1079 and petition for hearing on forfeiture trial issues (Filing No. 1097).

The Court has dismissed the remaining forfeiture allegation count of the superseding indictment (Filing No. 360) without prejudice. Thus, all matters addressed in the above-listed motions are now moot.

IT IS ORDERED:

1) Defendant's objection to the Court's limiting of the defenses in forfeiture trial (Filing No. 1076) is denied as moot.

2) Defendant's amendment to objections to defenses at forfeiture trial (Filing No. 1086) is denied as moot.

3) Defendant's motion to dismiss based on double jeopardy and lack of jurisdiction (Filing No. 1093) is denied as moot.

4) Defendant's Rule 51 objection Filing No. 1079 (Filing No. 1096) is denied as moot.

5) Defendant's objection to Filing No. 1079 and petition for hearing on forfeiture trial issues (Filing No. 1097) is denied as moot.

DATED this 26th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court