IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon defendant's "objection under Rule 51, motion to comply with Federal Rule of Criminal Procedure 12(d), and motion to comply with Federal Rule of Appellate Procedure 10(e)" (Filing No. 1141), objection under Rule 51 (Filing No. 1142), and motion to dismiss post-trial and request for findings of fact under Federal Rule of Criminal Procedure 12(d) (Filing No. 1155). The above-listed filings address issues the Court has previously ruled upon, and the Court finds no reason to revisit them. The motions will be denied. Accordingly,

IT IS ORDERED:

1) Defendant's objection under Rule 51, motion to comply with Federal Rule of Criminal Procedure 12(d), and motion to comply with Federal Rule of Appellate Procedure 10(e) (Filing No. 1141) are denied.

2) Defendant's objection under Rule 51 (Filing No. 1142) is denied.

3) Defendant's motion to dismiss post-trial and request for findings of fact under Federal Rule of Criminal Procedure 12(d) (Filing No. 1155) are denied.

DATED this 3rd day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court