IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER NUNC PRO TUNC |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon defendant's notice of appeal (Filing No. 1187), motion for transcripts of December 8, 2010, competency hearing and all other hearings (Filing No. 1188), and notice of appeal (Filing No. 1191). The United States Court of Appeals for the Eighth Circuit has entered an order notifying this Court that the appeal has been docketed (Filing No. 1186). Therefore, the subsequent notices of appeal are superfluous.

The motion for transcripts will be construed as a request for transcripts. The transcript of the hearing held on March 17, 2011, appears at Filing Nos. 756 and 757. The transcripts of the hearings held on December 8, 2010, September 30, 2011, October 11, 2011, and November 4, 2011, will be requested from the official court reporter who was present at those proceedings. Accordingly,

IT IS ORDERED:

1) Defendant's notices of appeal (Filing Nos. 1187 and 1191) are deemed to be duplicates of defendant's original notice of appeal (Filing No. 1177).

2) The motion for transcripts, construed as a request for transcripts, is denied as to the proceedings that have previously been transcribed.

3) The court reporter who was present at these proceedings shall prepare and furnish a copy of the transcripts of the hearings held on December 8, 2010, September 30, 2011, October 11, 2011, and November 4, 2011, to standby counsel for delivery to the defendant.

4) The Court's order (Filing No. 1194) shall be stricken as it contained erroneous material.

DATED this 16th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court