IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| YVONNE ACKERLY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to file sealed sentencing memorandum (Filing No. 1227). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED defendant's motion is granted; the sentencing memorandum shall remain sealed pending further order of the Court.

DATED this 4th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court