IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )        8:09CR457
                             )
     v.                      )
                             )
CHRISTOPHER PARROTT,         )        ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on defendant's motion for permission to seal (Filing No. 1235). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Filing No. 1235 is sealing pending further order of the Court.

DATED this 9th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court